# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CARLA NORRIS**                                                                                 **PLAINTIFF**

**v.**                 **CASE NO. 4:22-CV-00202-BSM**

**KILOLO KIJAKAZI, Acting Commissioner of**                        **DEFENDANT**
**the United States Social Security Administration**

## ORDER

Having reviewed the record *de novo*, United States Magistrate Judge Joe Volpe's recommended disposition [Doc. No. 14] is adopted and this case is dismissed with prejudice.

IT IS SO ORDERED this 29th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE