IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CARLA NORRIS**                                                                                          **PLAINTIFF**

v.                              CASE NO. 4:22-CV-00202-BSM

**KILOLO KIJAKAZI, Acting Commissioner of**                                **DEFENDANT**
**the United States Social Security Administration**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 29th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE